**Order Entered March 27, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00732-CV

## IN RE ALBERT G. HILL III, Relator

Original Proceeding from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-04523

## ORDER

Before Justices Fillmore, Stoddart, and Whitehill[1]
Order by Justice Stoddart

In accordance with the Court's opinion of this date, Relator's petition for writ of mandamus is **DENIED**. We **VACATE** our March 31, 2014 order staying the trial court's March 17, 2014 order granting the receiver's fee application and our October 8, 2014 order staying hearings on the receiver's fee applications. We **ORDER** that Relator bear the costs of this original proceeding.

We **ORDER** the Clerk of the District Court to release the full amount of the bond or cash deposit required by our April 3, 2014 order to Daniel L. Jackson, Receiver for Hill 3 Investments, LLC, or his attorney.

/s/ CRAIG STODDART
JUSTICE

---

[1] Justice Kerry P. FitzGerald was a member of the original panel and participated in the submission of this case; however, he did not participate in this opinion due to his retirement. Justice Bill Whitehill has reviewed the record and the briefs in this case. *See* TEX. R. APP. P. 41.1(a).